# CORPORATE CHARTER APPROVAL SHEET
## ** EXPEDITED SERVICE **     ** KEEP WITH DOCUMENT **

DOCUMENT CODE __09__     BUSINESS CODE _____

# __D03831310__

Close _____    Stock _____    Nonstock _____

P.A. _____    Religious _____

1000362008785075

Merging (Transferor) _____

_____

_____

_____

ID # D03831310  ACK # 1000362008785075
PAGES: 0002
A.C.L. COMPUTERS AND SOFTWARE, INC.

Surviving (Transferee) _____

_____

_____

12/07/2015  AT 12:37 P  WO # 0004564378

New Name _____

_____

**FEES REMITTED**

| | |
|---|---|
| Base Fee: | 100 |
| Org. & Cap. Fee: | |
| Expedite Fee: | 50 |
| Penalty: | |
| State Recordation Tax: | |
| State Transfer Tax: | |
| Certified Copies | |
| Copy Fee: | |
| Certificates | |
| Certificate of Status Fee: | |
| Personal Property Filings: | |
| Mail Processing Fee: | |
| Other: | |
| TOTAL FEES: | 150 |

_____ Change of Name
_____ Change of Principal Office
_____ Change of Resident Agent
_____ Change of Resident Agent Address
_____ Resignation of Resident Agent
_____ Designation of Resident Agent
           and Resident Agent's Address
_____ Change of Business Code

_____ Adoption of Assumed Name

_____ Other Change(s)

Code _____

Attention: _____

Mail: Names and Address

- A.C.L. COMPUTERS AND SOFTWARE, INC.
  1100 DOVETALE CT.
  MARIOTTSVILLE MD 21104

Credit Card _____    Check __✓__    Cash _____

__2__ Documents on __1__ Checks

Approved By: __M__

Keyed By: _____

COMMENT(S):

CUST ID:0003347800
WORK ORDER:0004564378
DATE:12-07-2015  12:37 PM
AMT. PAID:$225.00

## ARTICLES OF AMENDMENT

(1) _A Close Corp_

(2) _A.C.L. Computers And Software Inc._,
a Maryland corporation hereby certifies to the State Department of Assessments and Taxation of Maryland that:

    (3) The charter of the corporation is hereby amended as follows:

That the Corporation's 100% interest held by ACLH, LLC was acquired on July 2014 by Velocity Data of Canada.

This amendment of the charter of the corporation has been approved by
President/Secretary/Director Adam Radly
(4) _____

We the undersigned President and Secretary swear under penalties of perjury that the foregoing is a corporate act.

(5) _____  (5) _____
      Secretary                                        President

(6) Return address of filing party:

_1819 Polk St #314_
_San Francisco, CA 94109_

CUST ID: 0003347800
WORK ORDER: 0004564378
DATE: 12-07-2015 12:37 PM
AMT. PAID: $225.00