**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROBERT BATES, ADAM RADLY, and ACL
COMPUTERS AND SOFTWARE INC.,
                  Plaintiffs,

    -against-

OFFIT KURMAN ATTORNEYS AT LAW LLP,
THEODORE P. STEIN, and LEGAL
MALPRACTICE INSURANCE COMPANY
JOHN DOE,
                  Defendants.
-----------------------------------------------------------X

19 **CIVIL** 2814 (KPF)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 23, 2019, Defendants' motion to dismiss is GRANTED. Plaintiffs' Complaint is dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
          December 23, 2019

                                      **RUBY J. KRAJICK**
                                      Clerk of Court
            BY:
                                      **Deputy Clerk**